IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT

v.              Civil No. 05-5171
                Criminal No. 04-50015-003

ANTONIO MERCADO                                             DEFENDANT/MOVANT

## **O R D E R**

The court hereby appoints Attorney Daniel Stewart to represent the Movant regarding the motion he has filed under 28 U.S.C., Section 2255. The court directs the movant's former attorney in this matter, Dale Casto, to furnish Attorney Stewart any and all necessary information regarding the petition.

SO ORDERED this 24th day of April 2006.

**/s/ Beverly Stites Jones**
HONORABLE BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE