IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT

v.                        Civil No. 05-5171
                          Criminal No. 04-50015-003

ANTONIO MERCADO                                              DEFENDANT/MOVANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Antonio Mercado, a federal inmate, brought this motion under 28 U.S.C § 2255 to vacate, set aside or correct sentence, alleging ineffective assistance of counsel. A hearing was scheduled for July 25, 2006.

At the hearing, the parties appeared, as did several witnesses. Prior to any evidence being taken, Mercado's appointed counsel, Daniel Stewart, announced on the record that Mercado wished to withdraw his motion. Mercado was asked about the matter in some detail by the undersigned and movant was told that the dismissal of the action would be with prejudice and he could not refile it. Mercado confirmed that he desired to drop his motion.

Accordingly, I recommend the motion be denied and this action dismissed with prejudice. **The parties have ten days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.**

DATED this 26th day of July 2006.

          /s/Beverly Stites Jones
          HON. BEVERLY STITES JONES
          UNITED STATES MAGISTRATE JUDGE