**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                         **PLAINTIFF**

**v.**                       **Civil No. 05-5171
Criminal No. 04-50015-003**

**ANTONIO MERCADO**                                              **DEFENDANT**

**O R D E R**

Now on this 15th day of August, 200, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #168), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence, is hereby **denied and this action is dismissed with prejudice.**

**IT IS SO ORDERED.**

                                                          **/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**